# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JOSE VELEZ,**

    Plaintiff,

vs.

**ZEVGOLATIO CORPORATION, ET AL.,**

    Defendants.

CASE NO. 19-cv-02005-YGR

**ORDER TO SHOW CAUSE**

TO COUNSEL AND ALL PARTIES OF RECORD: This is the third order the Court has had to issue in an attempt to confirm compliance with General Order 56. The Court will allow the parties one final opportunity to comply before assessing sanctions against each in the amount of $200.

General Order ¶ 7(c) provides that "[e]ach party shall be represented at the joint site inspection by a person with knowledge about the facts of the case and the authority to settle the injunctive relief claims. If a plaintiff asserts claims based on the accessibility of a website or mobile software application, a defendant also shall be represented at the joint site inspection by person(s) with the best possible technical knowledge regarding the website or mobile software application at issue." Plaintiff claims that a site inspection occurred but does not identify who was present on behalf of defendant. Defendant claims it did not happen. The Court requires clarity. If an inspection in compliance with General Order ¶ 7(c) did not occur, the parties **SHALL** schedule the same to occur within 35 days or be subject to sanctions.

Further, in conformity with General Order ¶ 8, the joint site inspection **SHALL** occur at the same time as an "in-person settlement meeting." The settlement meeting **SHALL** occur at the same time and location as the joint site inspection.

The parties **SHALL** provide the Court with the date and time of the inspection/settlement conference and the identities of those who will attend.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, February 14, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. No later than **five (5) business days** prior to the date of the compliance hearing, the parties shall file a response to this Order to Show Cause. If compliance is complete, the parties need not appear, and the compliance hearing will be taken off calendar.

**It Is So Ordered.**

Dated: January 28, 2020

                                            **Yvonne Gonzalez Rogers**
                                            **United States District Court Judge**