Date: 5/19/2020

Jose Velez
3936 S Semoran Blvd #317
Orlando, FL 32822
Tel.: (407) 456-4880
Fax Number: n/a
Email: jvelez2@protonmail.com
Plaintiff *In Propria Persona*

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*

FILED
MAY 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Velez,
    Plaintiff
vs.

Zevgolatio Corporation, Giuseppe Spatola, BLVD Coffee Inc., Roses Southern Kitchen Los Gatos LLC
    Defendants

CASE #: 4:19-cv-02005-YGR

MOTION FOR ORDER

    Plaintiff, Jose Velez, hereby moves to dismiss this action **WITHOUT PREJUDICE** as to Zevgolatio Corporation and **WITH PREJUDICE** as to **BLVD COFFEE INC**.

    Given the COVID-19 situation, Plaintiff has no intention of returning to the public accommodation in question in the near future and has no intention of patronizing the public accommodation(s) at this time. Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 950 (9th Cir. 2011) (an ADA plaintiff may establish injury for standing purposes by showing an "inten[t] to return to a noncompliant accommodation" or that the noncompliant accommodation deterred the plaintiff from visiting and the plaintiff "plans to visit [the] noncompliant accommodation in the future"). Plaintiff reserves his right to file in the future.

Dated: May 12, 2020.

S/JOSE VELEZ
PLAINTIFF
IN PROPRIA PERSONA

MOTION REQUESTING ORDER - 1

## CERTIFICATE OF SERVICE

Because I am not a registered CM/ECF user, I certify that this document was sent to the Court on May 12, 2020 by executing a copy of this document and sending it, along with two copies, to the Clerk of the Court; and all registered CM/ECF users will be notified of this filing in due course by the Clerk of the Court; and all non-CM/ECF users were notified of this filing by U.S. First Class Mail.

Dated: May 12, 2020



JOSE VELEZ

PLAINTIFF

IN PROPRIA PERSONA